WOODALL, Justice
(concurring in the result).
The main opinion’s strained analysis has not convinced me that § ll-41-8(b), Ala. Code 1975, does not apply to the Town’s purported annexations at issue in this action. However, because I am convinced that Act No. 2008-481, Ala. Acts 2008 (“the Act”), violates § 45 of the Alabama Constitution of 1901, I concur in the decision to reverse and remand for further proceedings.
“Each law shall contain but one subject, which shall be clearly expressed in its title.” § 45, Ala. Const.1901. “[Ajnnex-ation and incorporation are two distinct subjects,” City of Birmingham v. City of Vestavia Hills, 654 So.2d 532, 536 (Ala.1995), and Act No. 2008M81 purports to validate both defective incorporations and defective annexations. Thus, the Act clearly violates § 45.
STUART and BOLIN, JJ., concur.